RONALD H. SARGIS
ERIC J. NIMS TRUSTEE
P.O. BOX 873
LINDEN, CA  95236
209-887-3585

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
MODESTO DIVISION

| In Re: | § | |
|---|---|---|
| | § | |
| WASHBURN, THOMAS GERSON | § | Case No. 11-91064 |
| | § | |
| Debtor | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/25/2011 . The undersigned trustee was appointed on 03/15/2019 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $        80,130.15

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 4,416.20 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 30,750.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 44,963.95 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6.  The deadline for filing non-governmental claims in this case was  07/08/2019  and the deadline for filing governmental claims was  09/21/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,688.02 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 5,688.02 , for a total compensation of $ 5,688.02 $^{2}$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 $^{2}$.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:  01/25/2021                    By:/s/ERIC J. NIMS TRUSTEE
                                          Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| | | |
|---|---|---|
| Case No: | 11-91064 RHS Judge: RONALD H. SARGIS | Trustee Name: ERIC J. NIMS TRUSTEE |
| Case Name: | WASHBURN, THOMAS GERSON | Date Filed (f) or Converted (c): 03/25/11 (f) |
| | | 341(a) Meeting Date: 05/03/11 |
| For Period Ending: | 01/25/21 | Claims Bar Date: 07/08/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single family residence commonly known as 2960 Ban | 150,000.00 | 0.00 | | 0.00 | FA |
| 2. Single family residence commonly known as 7475 Chi | 350,000.00 | 0.00 | | 0.00 | FA |
| 3. Cash in debtor's wallet | 100.00 | 25.00 | | 0.00 | FA |
| 4. Checking/savings acct # ...0230 at US Bank | 0.00 | 0.00 | | 0.00 | FA |
| 5. Checking/savings acct # ...1719 at MOSCE Credit Un | 100.00 | 25.00 | | 0.00 | FA |
| 6. Checking/savings acct # ...7391 at Key Bank | 0.00 | 0.00 | | 0.00 | FA |
| 7. Savings Acct # ...4911 at Public Service Credit Un | 0.00 | 0.00 | | 0.00 | FA |
| 8. China, pots, pans, plates, glasses, hand tools/gar | 25.00 | 0.00 | | 0.00 | FA |
| 9. Coffee/corner/end tables, desks at debtor's reside | 25.00 | 0.00 | | 0.00 | FA |
| 10. Dresser at debtor's residence | 20.00 | 0.00 | | 0.00 | FA |
| 11. Kitchen/dining room chairs at debtor's residence | 50.00 | 0.00 | | 0.00 | FA |
| 12. Microwave/toaster, vacuum, television at debtor's | 10.00 | 0.00 | | 0.00 | FA |
| 13. Queen beds at debtor's residence | 50.00 | 0.00 | | 0.00 | FA |
| 14. Recliner at debtor's residence | 45.00 | 0.00 | | 0.00 | FA |
| 15. Sofa at debtor's residence | 75.00 | 0.00 | | 0.00 | FA |
| 16. Telephones, computers and equipment at debtor's re | 100.00 | 0.00 | | 0.00 | FA |
| 17. Televisions, VCR/CD/DVD player at debtor's residen | 75.00 | 0.00 | | 0.00 | FA |
| 18. 9 pictures at debtor's residence | 18.00 | 0.00 | | 0.00 | FA |
| 19. Clothes at debtor's residence | 100.00 | 0.00 | | 0.00 | FA |
| 20. Term life insurance policy through American Genera | 0.00 | 0.00 | | 0.00 | FA |
| 21. Term life insurance policy through Knights of Colu | 0.00 | 0.00 | | 0.00 | FA |
| 22. CNA License # 514100 issued by State of Colorado ( | 0.00 | 0.00 | | 0.00 | FA |
| 23. 2002 Ford E450 Bus. Jointly held with spouse Jacqu | 6,000.00 | 1,000.00 | | 0.00 | FA |
| 24. 2006 Volkswagen Jetta. Jointly held with daugher-i | 8,250.00 | 0.00 | | 0.00 | FA |
| 25. 2007 Nissan Frontier pickup. Jointly held with da | 17,000.00 | 0.00 | | 0.00 | FA |
| 26. 2009 Chrysler 300 at debtor's residence | 15,590.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 11-91064 RHS Judge: RONALD H. SARGIS | Trustee Name: | ERIC J. NIMS TRUSTEE |
|---|---|---|---|
| Case Name: | WASHBURN, THOMAS GERSON | Date Filed (f) or Converted (c): | 03/25/11 (f) |
| | | 341(a) Meeting Date: | 05/03/11 |
| | | Claims Bar Date: | 07/08/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. 2010 Honda Odyssey van. Jointly held with spouse | 28,000.00 | 0.00 | | 0.00 | FA |
| 28. 1 dog at debtor's residence | 0.00 | 0.00 | | 0.00 | FA |
| 29. CONTINGENT CLAIM (u) | 0.00 | 60,000.00 | | 80,130.15 | FA |
| 30. Social security Claim (u) | 13,120.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $588,753.00 | $61,050.00 | | $80,130.15 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3/14/19: At request of trustee, OUST files motion to reopen case. Omitted potential asset is a contingent claim
(product liability). Trustee's experience with these types of cases indicates there may be long periods of inactivity
while the settlement agent processes claims.

3/15/19: Trustee is reappointed to this case.

3/27/19: Trustee directs counsel to submit application to approve counsel's retention to represent the estate.

4/1/19: Order Granting Trustee's Application to Employ entered.

4/8/19: Asset report filed.

4/23/19: Trustee checks claims register.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: 11-91064 RHS Judge: RONALD H. SARGIS | Trustee Name: | ERIC J. NIMS TRUSTEE |
| Case Name: WASHBURN, THOMAS GERSON | Date Filed (f) or Converted (c): | 03/25/11 (f) |
| | 341(a) Meeting Date: | 05/03/11 |
| | Claims Bar Date: | 07/08/19 |

6/01/19: Review file.

8/12/19: Trustee re-evaluates debtor's exemptions.

9/18/19: Trustee confirms settlement agent is working to obtain a closing statement. No estimate as to when it will be produced.

11/5/19: Settlement Agent provides a copy of the PI attorney retainer agreement to Trustee and his counsel.

11/20/19: Settlement Agent provides proposed distribution. Trustee instructs his counsel to prepare moving papers to seek court approval.

12/12/19: Trustee's counsel submits to settlement agent draft moving papers.

1/22/20: Trustee signs Declaration in Support of Motion For Approval of Compromise.

4/6/20: Trustee and Trustee's attorney contact Settlement Agent for update.

5/4/20: Trustee's attorney requests update from Settlement Agent.

5/8/20: Trustee receives settlement check (Friday).

5/11/20: Trustee deposits settlement check.

5/26/20: Trustee directs counsel to file his fee application.

Initial Projected Date of Final Report (TFR): 12/31/20     Current Projected Date of Final Report (TFR): 12/31/20

Page: 1

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 11-91064 -RHS |
| Case Name: | WASHBURN, THOMAS GERSON |
| Taxpayer ID No: | *******1340 |
| For Period Ending: | 01/25/21 |

| | |
|---|---|
| Trustee Name: | ERIC J. NIMS TRUSTEE |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0142  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/11/20 | 29 | St. Louis Infuse Qualified Set. Fund<br>Archer Systems LLC, Administrator<br>1775 St. James Place, Ste 200<br>Houston, TX 77056 | CONTINGENT CLAIMS, JUDGMENTS | 1249-000 | 80,130.15 | | 80,130.15 |
| 01/15/21 | 400001 | THOMAS GERSON WASHBURN<br>1618 EUREKA STREET<br>MODESTO, CA  95358 | DEBTOR EXEMPTION | 8100-002 | | 30,750.00 | 49,380.15 |
| 01/25/21 | 400002 | MEEGAN HANSCHU & KASSENBROCK<br>11341 GOLD EXPRES DRIVE, SUITE 110<br>GOLD RIVER, CA 95670 | FINAL DISTRIBUTION | 6110-000 | | 4,320.00 | 45,060.15 |
| 01/25/21 | 400003 | MEEGAN HANSCHU & KASSENBROCK<br>11341 GOLD EXPRES DRIVE, SUITE 110<br>GOLD RIVER, CA 95670 | FINAL DISTRIBUTION | 6120-000 | | 96.20 | 44,963.95 |

|  |  | | |
|---|---|---|---|
| COLUMN TOTALS | | 80,130.15 | 35,166.20 | 44,963.95 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 80,130.15 | 35,166.20 | |
| Less:  Payments to Debtors | | | 30,750.00 | |
| Net | | 80,130.15 | 4,416.20 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********0142 | 80,130.15 | 4,416.20 | 44,963.95 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 80,130.15 | 4,416.20 | 44,963.95 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

|  |  |  |
|---|---|---|
| Page Subtotals | 80,130.15 | 35,166.20 |

LFORM24　UST Form 101-7-TFR (5/1/2011) *(Page: 6)*　　　　Ver: 22.02h

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 11-91064 -RHS | Trustee Name: | ERIC J. NIMS TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | WASHBURN, THOMAS GERSON | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0142  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1340 | | |
| For Period Ending: | 01/25/21 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

|  |  | EXHIBIT C |  |  |  |
|---|---|---|---|---|---|
| Page 1 |  | ANALYSIS OF CLAIMS REGISTER |  |  | Date: January 25, 2021 |

Case Number: 11-91064  
Debtor Name: WASHBURN, THOMAS GERSON

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 002 6110-00 | MEEGAN HANSCHU & KASSENBROCK<br>11341 GOLD EXPRES DRIVE, SUITE 110<br>GOLD RIVER, CA 95670 | Administrative | DOCKET NO. 51 | $4,320.00 | $4,320.00 | $0.00 |
| 002 6120-00 | MEEGAN HANSCHU & KASSENBROCK<br>11341 GOLD EXPRES DRIVE, SUITE 110<br>GOLD RIVER, CA 95670 | Administrative |  | $96.20 | $96.20 | $0.00 |
| 999 8100-00 | THOMAS GERSON WASHBURN<br>1618 EUREKA STREET<br>MODESTO, CA  95358 | Unsecured |  | $30,750.00 | $30,750.00 | $0.00 |
| 000001 070 7100-00 | CANVAS CREDIT UNION<br>KERRY KELLEY<br>PO BOX 5238<br>ENGLEWOOD, CO 80155 | Unsecured |  | $859.84 | $0.00 | $859.84 |
| 000002 070 7100-00 | CANVAS CREDIT UNION<br>KERRY KELLEY<br>PO BOX 5238<br>ENGLEWOOD, CO 80155 | Unsecured |  | $9,620.87 | $0.00 | $9,620.87 |
| 000003 070 7100-00 | CANVAS CREDIT UNION<br>KERRY KELLEY<br>PO BOX 5238<br>ENGLEWOOD, CO 80155 | Unsecured |  | $10,177.60 | $0.00 | $10,177.60 |
| 000004 070 7100-00 | PYOD, LLC<br>RESURGENT CAPITAL SERVICES<br>P.O. BOX 19008<br>GREENVILLE, SC 29602 | Unsecured |  | $4,604.29 | $0.00 | $4,604.29 |
|  | Case Totals: |  |  | $60,428.80 | $35,166.20 | $25,262.60 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-91064
Case Name: WASHBURN, THOMAS GERSON
Trustee Name: ERIC J. NIMS TRUSTEE

| Balance on hand | $ | 44,963.95 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ERIC J. NIMS TRUSTEE | $ 5,688.02 | $ 0.00 | $ 5,688.02 |

| Total to be paid for chapter 7 administrative expenses | $ 5,688.02 |
| Remaining Balance | $ 39,275.93 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Attorney for Trustee Fees (Trustee Firm): MEEGAN HANSCHU & KASSENBROCK | $ 4,320.00 | $ 4,320.00 | $ 0.00 |
| Prior Chapter Attorney for Trustee Expenses (Trustee Firm): MEEGAN HANSCHU & KASSENBROCK | $ 96.20 | $ 96.20 | $ 0.00 |

| Total to be paid for prior chapter administrative expenses | $ 0.00 |
| Remaining Balance | $ 39,275.93 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,262.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CANVAS CREDIT UNION | $ 859.84 | $ 0.00 | $ 859.84 |
| 000002 | CANVAS CREDIT UNION | $ 9,620.87 | $ 0.00 | $ 9,620.87 |
| 000003 | CANVAS CREDIT UNION | $ 10,177.60 | $ 0.00 | $ 10,177.60 |
| 000004 | PYOD, LLC | $ 4,604.29 | $ 0.00 | $ 4,604.29 |
| | Total to be paid to timely general unsecured creditors | | | $ 25,262.60 |
| | Remaining Balance | | | $ 14,013.33 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 1,430.40 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.